CHARLES W. CALKINS, as Administrator of the Estate of AGNES J. CALKINS, Deceased, Respondent, *v.* THE TOWN OF CAMDEN, Appellant.

*Calkins* v. *Town of Camden,* 152 App. Div. 953, affirmed.
(Argued May 2, 1913; decided May 23, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 1, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant in failing to properly maintain and protect its highways.

*Albert T. Wilkinson* for appellant.

*P. C. Dugan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WERNER, WILLARD BARTLETT, HISCOCK, CHASE and HOGAN, JJ. Dissenting: CULLEN, Ch. J., and COLLIN, J.